No. 707. MASSEY *v.* UNITED STATES. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry C. Hendrickson* for petitioner. *Solicitor General Biggs*

670

and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

